**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00967-REB-KMT
(Consolidated with Civil Action No. 11-cv-03270-REB-KMT)

TIMOTHY JOHN KENNEDY,

    Plaintiff,

v.

MARK A. FINLEY,
ERNEST ROGER PEELE,
SHERIFF JOHN WESLEY ANDERSON, and
EL PASO COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The following motions are before the court for consideration: (1) the **Joint Motion To Dismiss Without Prejudice** [#111][1] filed in Civil Action No. 11-cv-00967 on June 23, 2014; and (2) the **Joint Motion To Dismiss Without Prejudice** [#25], filed in the consolidated case, 11-cv-03270-REB-KMT, on June 23, 2014.  After reviewing the motions and the record, I conclude that the motions should be granted and these actions should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss Without Prejudice** [#111] filed in Civil Action No. 11-cv-00967-REB-KMT, on June 23, 2014, is **GRANTED**;

---

[1] "[#111]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      2.  That civil action 11-cv-00967-REB-KMT is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the **Joint Motion To Dismiss Without Prejudice** [#25], filed in the consolidated case, 11-cv-03270-REB-KMT, on June 23, 2014, is **GRANTED**; and

      4.  That civil action 11-cv-03270-REB-KMT is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 24, 2014, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge